**STATE of Missouri, Plaintiff/Respondent,**

v.

**Antwone HINTON,
Defendant/Respondent.**

**No. 70488.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1997.

Nancy L. Vincent, Assistant Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John M. Morris, Assistant Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Defendant appeals after his conviction by a jury of one count of first degree robbery, § 569.020, RSMo 1994, and one count of second degree assault, § 565.060, RSMo 1994. The court sentenced him in accordance with the jury's assessment to concurrent prison terms of ten years for robbery and one year for assault. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

**ST. LOUIS COUNTY,
Plaintiff/Respondent,**

v.

**Martin J. GUENTHER,
Defendant/Appellant.**

**No. 70660.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1997.

Frank A. Anzalone, Clayton, for defendant/appellant.

John A. Ross, County Counselor, Jacqui De Laet Skoglund, Assistant County Counselor, St. Louis County, Clayton, for plaintiff/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Defendant appeals after his conviction following a bench trial of one count of violating a municipal assault ordinance. The court ordered him to pay a $400 fine. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).